UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD FREES,

        Plaintiff,        Case No. 1:11-cv-1358

v.        Honorable Paul L. Maloney

PAUL DUBY et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: March 27, 2012        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge